UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| DOUGALS JEWELL RORRER,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>KILOLO KIJAKAZI, Acting Commissioner of  )<br>Social Security,  )<br>        Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:21-CV-15-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 25]. The court DENIES plaintiff's motion for judgment on the pleadings [D.E. 18], GRANTS defendant's motion for judgment on the pleadings [D.E. 22], AFFIRM defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on August 17, 2022, and Copies To:**
Branch W. Vincent, III                                                      (via CM/ECF electronic notification)
David N. Mervis                                                             (via CM/ECF electronic notification)

DATE:                                                PETER A. MOORE, JR., CLERK
August 17, 2022                                (By) /s/ Nicole Sellers
                                                                    Deputy Clerk